# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER MILLS** <br><br> v. <br><br> **ALLSTATE INSURANCE COMPANY** | **CIVIL ACTION** <br><br> **NO. 15-4824** |

## ORDER

And NOW, this 29th day of September 2015, for the reasons stated in the foregoing memorandum, upon consideration of Defendant Allstate Insurance Company's Motion to Dismiss Plaintiff's Complaint (ECF 4), and all responses and replies thereto, it is hereby **ORDERED** that the Motion is **GRANTED** and that Plaintiff's bad faith claim (Count II) and request for attorneys' fees are **DISMISSED WITHOUT PREJUDICE**.  Plaintiff shall have twenty (20) days from the date of this Order to file an amended complaint correcting any of the pleading deficiencies identified in the accompanying Memorandum Opinion.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 15\15-4824 mills v. allstate\15-4824.MTD order.doc