IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **CHRISTOPHER MILLS**<br><br>v.<br><br>**ALLSTATE INSURANCE COMPANY** | **CIVIL ACTION**<br><br>**NO.   15-4824** |
|---|---|

### ORDER

**AND NOW, TO WIT:**   This 26th day of April, 2016, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:**   /s/ Lori K. DiSanti
_____
Lori K. DiSanti
Deputy Clerk

cc:   Scott R. Gallant, Esquire (sgallant@gallantparlow.com)
Gary W. Darr, Esquire (gdarr@lenderlaw.com)
William Habib, Esquire (wahabib@verizon.net)
Maria K. McGinty-Ferris, Esquire (mkm@curtinheefner.com)

O:\CIVIL 15\15-4824 MILLS V. ALLSTATE\41B.DOCX