IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER MILLS | : CIVIL ACTION |
| and | : |
| BAYVIEW LOAN SERVICINH, LLC | : |
| v. | : NO. 15-4824 |
| | : |
| ALLSTATE INSURANCE COMPANY | : |

## ORDER

**AND NOW** this 6th day of September, 2016, following an August 26, 2016 telephone conference with counsel for Plaintiff Christopher Mills, Plaintiff Bayview Loan Servicing, LLC, and Defendant Allstate Insurance Company ("Allstate") it is hereby **ORDERED** that:

The matter is settled, discontinued, and ended **WITH PREJUDICE** subject to Allstate's issuing a settlement check payable to "Christopher Mills and Gallant & Parlow, P.C." **ONLY**, for the agreed settlement sum of ten thousand dollars ($10,000); which funds, less attorney fees must be used by Plaintiff for the repair of the property at 2350 78th Avenue, Philadelphia, Pennsylvania resulting from Plaintiff's July 27, 2014 property damage loss.

BY THE COURT:

DAVID R. STRAWBRIDGE
United States Magistrate Judge

U.S. District Judge